[No. 39339-1-I.    Division One.    December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LORI BARRY MICHAELS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00794-8, James Murphy, J. Pro Tem., entered September 6, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39353-7-I.    Division One.    December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC H. DEASIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05329-0, Janice Niemi, J., entered April 15, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39452-5-I.    Division One.    December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DOWDELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01148-3, Linda Lau, J., entered September 3, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39489-4-I.    Division One.    December 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHON DEZMOND KNOWLES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00521-0, Thomas J. Wynne, J., entered October 2, 1996. *Affirmed* by unpublished per curiam opinion.